IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0167 WHA |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| DORNELL ELLIS, | |
| Defendant. / | |

Good cause appearing, Mark Goldrosen is hereby appointed pursuant to 18 U.S.C. 3005 as learned counsel for defendant Dornell Ellis.

**IT IS SO ORDERED.**

Dated: July 15, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE