MARK GOLDROSEN, SBN 101731
139 Townsend Street, Suite 201
San Francisco, California 94107
Telephone: (415) 495-0112
FAX: (415) 495-4429

Attorney for Defendant
DORNELL ELLIS

RECEIVED
06 MAY 11 AM 9: 30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO FACILITY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     )<br>Plaintiff,     )<br>     )<br>vs.     )<br>     )<br>     )<br>EDGAR DIAZ et al.     )<br>     )<br>Defendants.     )<br>     )<br>     ) | No. CR-05-00167-WHA<br><br>[PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP COMPUTER AND HEADPHONES INTO GLENN DYER JAIL SO THAT DEFENDANT DORNELL ELLIS MAY LISTEN TO RECORDINGS PROVIDED IN DISCOVERY |

TO ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GLENN DYER JAIL:

GOOD CAUSE APPEARING, it is hereby ordered that counsel Mark Goldrosen and/or Michael Gaines may bring a laptop computer and headphones into Glenn Dyer Jail when visiting defendant Dornell Ellis so that defendant Ellis may listen to the recorded communications provided in discovery. After each meeting with Mr. Ellis, counsel will take the computer and headphones with them from the jail. The computer and headphones will not be left with Mr. Ellis.

DATED: 5-11-04

THE HONORABLE ~~JAMES LARSON~~
United States ~~Magistrate~~ District Judge

-1-