United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,

    Defendants.

No. CR 05-0167 WHA

**ORDER POSTPONING SEVERANCE ISSUE**

Defendant Ellis' severance motion (joined in by several defendants) shall be ruled on when other, later severance motions based on grounds other than Rule 8 are heard.

**IT IS SO ORDERED.**

Dated: June 28, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE