```
 1  MARK GOLDROSEN, SBN 101731
    255 Kansas Street, Suite 340
 2  San Francisco, California 94103
    Telephone: (415) 565-9600
 3  FAX: (415) 565-9601

 4  Attorney for Defendant
    DORNELL ELLIS
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO FACILITY

| UNITED STATES OF AMERICA, | ) | No. CR-05-00167-WHA |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| vs. | ) | |
| REDACTED DEFENDANT 1, et al. | ) | |
| Defendants. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing scheduled for imposition of Judgment and Sentence on defendant Dornell Ellis, now scheduled for March 23, 2007, shall be vacated and rescheduled for March 28, 2007 at 2:00 p.m.

DATED: March 21, 2007

_____
WILLIAM H. ALSUP
United States District Court Judge

## PROOF OF SERVICE

I, the undersigned say:

I am a citizen of the United States and employed in the County of San Francisco, State of California; I am over the age of 18 years and am not a party to the within action; my business address is 255 Kansas Street, Suite 340, San Francisco 94103.    On March 21, 2007, I personally served a true copy of [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING, on the parties below by electronically transmitting a true copy thereof or by mail.

| | |
|---|---|
| Philip Kearney<br>Assistant United States Attorney<br>Office of United States Attorney<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | Richard Mazer<br>99 Divisadero Street<br>San Francisco, CA 94117 |
| Richard Cutler<br>Assistant United States Attorney<br>Office of United States Attorney<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | Ann C. Moorman<br>308 S. School Street<br>Ukiah, CA 95482<br><br>John T. Philipsborn<br>507 Polk Street, Suite 250<br>San Francisco, CA 94102 |
| Tony Tamburello<br>Tamburello & Hanlon<br>214 Duboce Street<br>San Francisco, CA 94103 | James S. Thomson<br>819 Delaware Street<br>Berkeley, CA 94710 |
| Michael Burt<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103 | Michael Thorman<br>24301 Bonjour & Thorman<br>24301 Southland Drive, Suite 312<br>Hayward, CA 94545 |
| Michael Satris<br>P.O. Box 337<br>230 Larch Road<br>Bolinas, CA 94924 | Robert Waggoner<br>214 Duboce Street<br>San Francisco, CA 94103 |
| John Cline<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500 | George C. Boisseau<br>50 Santa Rosa Avenue, #502<br>Santa Rosa, CA 95404 |
| Seth P. Chazin<br>1164 Solano Avenue, Suite 205<br>Albany, CA 94706 | Martha Boersch<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| Krista Tongring<br>Assistant U.S. Attorney<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | Susan Raffanti<br>469 9th Street, Suite 200<br>Oakland, CA 94607 |

1  Cheryl L. Simone - MAIL
   U.S. Probation Office
2  450 Golden Gate Avenue, Suite 17-6884
   San Francisco, CA 94102-3487
3

4      I declare under penalty of perjury that the foregoing is true and correct.

5  Executed on March 21, 2007 at San Francisco, California.

6

7              /s/
               MARK GOLDROSEN
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28