UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DORNELL ELLIS,<br><br>　　　　Defendant. | Case No. 05-cr-00167-WHA-1   (JSC)<br><br>**ORDER OF DETENTION** |

  Dornell Ellis made his initial appearance before this Court on a Form 12 on November 17, 2021. The Form 12 was initially filed, and an arrest warrant issued, in February 2021. The February Form 12 alleged that Mr. Ellis failed to comply with an order that upon his release from custody he report to the Jericho Project Program or similar program. The charge alleges that without notice or permission he left the Jericho program and that his whereabouts were unknown. An amended Form 12 was filed on July 30, 2021 and made an additional charge that earlier that month Mr. Ellis assaulted someone. At his November 17, 2021 initial appearance, Mr. Ellis was represented by his attorney Mark Goldrosen and moved for his release to a halfway house.

  Because Mr. Ellis is charged with a supervised release violation, he bears the burden of establishing that he is not a flight risk or a danger to the community by clear and convincing evidence. Fed. R. Civ. P. 32.1(a)(6); 18 U.S.C. § 3143. He has not met his burden. There is cause to believe that shortly after released from custody, he left his court-ordered program and did not communicate with probation for over 10 months; instead, he was taken into custody on the outstanding arrest warrant. The Court thus finds that Mr. Ellis has not shown by clear and convincing evidence that he is not a risk of nonappearance. Mr. Ellis shall therefore remain remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: November 17, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge